UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――x

JUSTIN SIMMONS,

        Petitioner,

  -against-

UNITED STATES OF AMERICA,

        Respondant.
――――――――――――――――――――――x

18 CV 843 (CM)

ORDER

McMahon, J.:

    The motion to vacate having been resolved in the criminal case (1:10-cr-391-47) see doc. #1976. The Clerk of Court is directed to close the case.

SO ORDERED:

*[signature]*

United States District Judge

Dated: October 6, 2022
      New York, New York